| | |
|---|---|
| David Berten (IL Bar No. 6200898)<br>dberten@giplg.com<br>Alison Aubry Richards (IL Bar No. 6285669)<br>arichards@giplg.com<br>Global IP Law Group, LLC<br>55 West Monroe Street, Suite 3400<br>Chicago, IL 60603<br>Telephone: (312) 241-1500 | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Michelle Ann Clark (SBN 243777)<br>michelleclark@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 857-6700 |
| *Attorneys for Plaintiff Ironworks Patents, LLC* | *Attorneys for Defendant SoundHound, Inc.* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONWORKS PATENTS, LLC,<br>　　*Plaintiff,*<br>v.<br>SOUNDHOUND INC.,<br>　　*Defendant.* | Case No. 3:18-cv-01865-JLS-KSC |

**JOINT MOTION FOR DISMISSAL**

The parties respectfully move this Court to grant the attached Proposed Order of Dismissal. The parties have reached an agreement to resolve all claims and have finalized the agreement. The parties respectfully request that this Court grant the dismissal, as follows:

Case No. 3:18-cv-01865-JLS-KSC

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against SoundHound Inc. by Ironworks Patents, LLC are dismissed with prejudice.

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against Ironworks Patents, LLC by SoundHound Inc. are dismissed with prejudice.

IT IS HEREBY ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Dated: June 20, 2019

| /s/ *Alison Aubry Richards* | /s/ *Michelle Ann Clark* |
|---|---|
| David Berten (IL Bar No. 6200898)<br>dberten@giplg.com<br>Alison Aubry Richards (IL Bar No. 6285669)<br>arichards@giplg.com<br>Global IP Law Group, LLC<br>55 West Monroe Street, Suite 3400<br>Chicago, IL 60603<br>Telephone: (312) 241-1500 | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Michelle Ann Clark (SBN 243777)<br>michelleclark@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 857-6700 |
| *Attorneys for Plaintiff Ironworks Patents, LLC* | *Attorneys for Defendant SoundHound, Inc.* |

## ATTESTATION OF E-FILED SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, the undersigned hereby attests that all parties have concurred in filing of this joint case management statement.

Dated: June 20, 2019

By: */s/Alison A. Richards*
*Attorney for Plaintiff Ironworks Patents, LLC*

## CERTIFICATE OF CONFERENCE

The parties discussed the issues in this motion by email, including on June 19, 2019. The parties have agreed to the Proposed Order of Dismissal, filed together with this Motion as a proposed order.

*/s/ Alison Aubry Richards*
*Attorney for Plaintiff Ironworks Patents, LLC*

-2-   Case No. 3:18-cv-01865-JLS-KSC

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, the foregoing was electronically filed with the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Alison Aubry Richards*
*Attorney for Plaintiff Ironworks Patents, LLC*

-3-   Case No. 3:18-cv-01865-JLS-KSC