# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONWORKS PATENTS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUNDHOUND INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 18-CV-1865 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 29) |

Presently before the Court is Plaintiff Ironworks Patents, LLC and Defendant Soundhound Inc.'s Joint Motion for Dismissal (ECF No. 29). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety with each Party to bear its own attorney's fees and costs. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2019

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge